FILED
JAN 07 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06CR0642-GT |
| Plaintiff, | |
| v. | ORDER TERMINATING SUPERVISED RELEASE |
| LORENZO BRADLEY III, | |
| Defendant. | |

It is hereby **ORDERED** that the supervised release term in this case be terminated.

Dated: 1-6-10

_____
GORDON THOMPSON, JR.
United States District Judge